**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-2075**

―――――――――

RICHARD IRVING WALLACH,

                              Plaintiff - Appellant,

        versus

PAGING NETWORK OF WASHINGTON, INCORPORATED;
PAGING NETWORK, INCORPORATED,

                              Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(A-98-2671-AW)

―――――――――

Submitted:  January 18, 2000        Decided:  February 9, 2000

―――――――――

Before MURNAGHAN, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Richard Irving Wallach, Appellant Pro Se.  Alan Douglas Cohn,
LITTLER MENDELSON, Washington, D.C., for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Irving Wallach appeals the district court's order granting summary judgment to the Defendants on his complaint filed under the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wallach v. Paging Network, No. A-98-2671-AW (D. Md. July 2, 1999).[*] We deny Wallach's motion for general relief entitled "Letter to the Court Seeking Protection." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is signed and date stamped on June 30, 1999, the district court's records show that it was entered on the docket sheet on July 2, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).